MARY'S OPINION HEADING 




 NO. 12-02-00339-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




RONALD D. NELSON AND 

TREA NELSON,
§
 APPEAL FROM THE 

APPELLANTS


V.
§
 COUNTY COURT AT LAW OF


LARRY DOUGLAS NELSON,

APPELLEE
§
 HENDERSON COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed for want of prosecution. Tex. R. App. P. 42.3(b). Appellants
perfected their appeal on November 18, 2002. Thereafter, the record was filed on March 19, 2003,
making Appellants' brief due on or before April 18, 2003. When Appellants failed to file their brief
within the required time, this court notified them on April 25, 2003 that the brief was past due, and
it warned that if no response explaining the delay were received by May 5, 2003, the appeal would
be dismissed for want of prosecution under Tex. R. App. P. 42.3(b). 

 As of May 12, 2003, Appellants have neither tendered their brief nor otherwise responded
to this court's notice. Accordingly, Appellants' appeal is dismissed for want of prosecution pursuant
to Tex. R. App. P. 38.8(a)(1) and 42.3.(b).


Opinion delivered May 14, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.






(PUBLISH)